UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>507 SUMMIT LLC,<br><br>          Petitioner,<br><br>KATHLEEN CHIEN and LINDA CHIEN,<br><br>          Respondents. | NO.  MC 23-0048-RGK AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding, records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Petitioner's application for an order of judicial assistance pursuant to 28 U.S.C. § 1782, Dkt. No. 1, 17) is GRANTING IN PART with the following terms:

    a.    507 Summit is authorized to serve subpoenas upon Kathleen Chien and Linda Chien for production of documents substantially in the form attached as Exhibits A and B to the Wang Declaration;

    b.    Kathleen Chien and Linda Chien shall serve a written response to the respective subpoenas and produce responsive documents within 30 days after service of the subpoenas and this order, or such other mutually agreed date, subject to paragraph (d) below pursuant to the Federal Rules of Civil Procedure, the Local Rules of the Central District of California, and any procedures of the judges assigned to this case;

    c.    Kathleen Chien and Linda Chien shall each appear for deposition in compliance with each person's respective subpoena on a mutually agreed date, which may take place after confirmation that production of documents in response to the subpoena is complete; and

    d.    Nothing in this order precludes Kathleen Chien and Linda Chien from seeking relief from the subpoena(s) under the Federal Rules of Civil Procedure, and nothing in this order precludes 507 Summit from opposing such relief.

IT IS SO ORDERED.

DATED: 11/06/2023

*[signature]*

R. GARY KLAUSNER
United States District Judge